The People of the State of Illinois, defendant in error, v. Frank Spinuzza, plaintiff in error. Gen. No. 33,373.

Opinion filed July 3, 1929. Rehearing denied July 11, 1929.

Kirkland, Fleming, Green & Martin, for plaintiff in error; Weymouth Kirkland, Walter E. Tinsley and William H. Symmes, of counsel. Samuel A. Ettelson, Corporation Counsel and John A. Swanson, State's Attorney, for defendant in error; Martin H. Foss, Assistant Corporation Counsel and Lee R. La Rochelle, Assistant State's Attorney, of counsel.

Mr. Presiding Justice Barnes delivered the opinion of the court.

The People of the State of Illinois, defendant in error, v. Loyd (alias Lloyd) Fravel, plaintiff in error. Gen. No. 33,374.

Opinion filed July 3, 1929. Rehearing denied July 11, 1929.

Kirkland, Fleming, Green & Martin, for plaintiff in error; Weymouth Kirkland, Walter E. Tinsley and William H. Symmes, of counsel. Samuel A. Ettelson, Corporation Counsel and John A. Swanson, State's Attorney, for defendant in error; Martin H. Foss, Assistant Corporation Counsel and Lee R. La Rochelle, Assistant State's Attorney, of counsel.

Mr. Presiding Justice Barnes delivered the opinion of the court.

Catherine Mather, appellee, v. Nellie Wilson, appellant. Gen. No. 33,414.

Opinion filed July 3, 1929.

Clark & Clark, for appellant; Russell S. Clark, of counsel. Replogle & Smith, for appellee; George J. Haddad, of counsel.

Mr. Presiding Justice Barnes delivered the opinion of the court.